IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN P. HORSFALL, No. 2709-5, ) <br> ) <br>         Plaintiff(s), ) <br> ) <br>   vs. ) <br> ) <br> JOHN ABRIL, Supervising Deputy ) <br> Public Defender, Yuba County, ) <br> ) <br>         Defendant(s). ) <br> ) | No. C 15-00910 CRB (PR) <br><br> ORDER OF TRANSFER <br><br> (Dkt. #4) |

      Plaintiff, a civil detainee at Coalinga State Hospital, has filed a pro se complaint under 42 U.S.C. § 1983 against Yuba County Supervising Deputy Public Defender John Abril. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the named defendant resides, in Yuba County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

      Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

      The clerk shall transfer this matter and terminate all pending motions without prejudice to renewing in the Eastern District.

SO ORDERED.

DATED: March 23, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Horsfall, S.15-0910.transfer.wpd