UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN P. HORSFALL,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHN ABRIL,<br><br>                    Defendant. | No.  2:15-cv-0668 DAD P<br><br><br>ORDER |

Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis.  Plaintiff has not submitted his in forma pauperis request on a proper form.

Plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will be granted thirty days to submit a new request on a proper form.  Plaintiff is cautioned that the form includes a section that must be completed by a Coalinga State Hospital official, and the application form must be accompanied by a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's requests for leave to proceed in forma pauperis (Doc. Nos. 4 and 5) are denied without prejudice;

/////

1

     2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action; and

     3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

Dated: March 30, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/kly
hors0668.3d